UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

IN THE MATTER OF:

ALLEN KING, JR.,
XXX-XX-4841

CASE NO. 17-51333
CHAPTER 13
JUDGE PHILLIP J. SHEFFERLY

and,

MARY ELIZABETH KING
XXX-XX-9314

   Debtor(s)

9251 Greenwood Road
Grass Lake, Michigan 49240
_____/

## ORDER TO MODIFY CHAPTER 13 PLAN

**UPON REVIEW** of the Stipulation of the parties, and the Court being otherwise advised in the premises, **NOW THEREFORE**;

**IT IS ORDERED** that Debtors' Chapter 13 Plan, which was confirmed on November 3, 2017, be modified to increase Debtors' plan payments from $2,012.66 per month to $2,180.00 per month, effective April 1, 2018;

**IT IS FURTHER ORDERED** that all previous orders of the court, not in conflict with the instant order, shall remain in full force and effect until further order of the court.

**IT IS SO ORDERED**.

**Signed on March 20, 2018**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**